947 A.2d 195

Gary BIVINS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

May 30, 2008.

## *ORDER*

PER CURIAM.

AND NOW, this 30th day of May, 2008, probable jurisdiction is noted and the Order of the Commonwealth Court is **AFFIRMED.**